

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00072-CV

---

In the Interest of H.C.U., a Child

---

On Appeal from the 383rd District Court
El Paso County, Texas
Trial Court No. 2018DCM7323

---

## MEMORANDUM OPINION

On February 6, 2026, Counsel for Appellant filed a letter in this Court stating that the appeal was filed in error and requesting that the appeal be dismissed. We construe the letter as a motion to voluntarily dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a). Tex. R. App. P. 42.1(a) (authorizing an appellate court to dismiss a civil appeal on the motion of the appellant). We GRANT the motion and dismiss the appeal. Tex. R. App. P. 42.1(a). Costs are taxed against Appellant. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

February 27, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.